IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **QUINN PORTER** <br> **3300 Chesley Avenue** <br> **Parkville, Maryland  21234** | * <br><br> * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. _____ |
| **Hunt VALLEY CONTRACTORS, INC.** <br> **3705 Crondall Lane** <br> **Ownings Mills, Maryland  21117** | * <br><br> * | |
| and | * | |
| **TOM SPARKS** <br> **3705 Crondall Lane** <br> **Ownings Mills, Maryland  21117** | * <br><br> * | |
| and | * | |
| **T.J. SPAMPINATO** <br> **3705 Crondall Lane** <br> **Ownings Mills, Maryland  21117** | * <br><br> * | |
| **Defendants** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF REMOVAL

Defendants, Hunt Valley Contractors, Inc., Tom Sparks, and T.J. Spampinato (collectively "Defendants"), file this notice of removal pursuant to 28 U.S.C. § 1441 *et seq*. The grounds for removal are as follows:

1. On or about March 6, 2020, Plaintiff, Quinn Porter ("Plaintiff"), filed a Complaint in the Circuit Court for Baltimore City, Maryland against Defendants.  A copy of the Complaint is attached hereto as Exhibit A.

2. The Clerk of the Circuit Court for Baltimore City issued a writ of summons to each of the Defendants on March 10, 2020. Harriet E. Cooperman, attorney for Defendants, notified Plaintiff's counsel, Jeffrey Sadri, that she was authorized to accept service of the Summons and Complaint on behalf of all Defendants. Accordingly, on March 13, 2020, Ms. Cooperman was served with the Summons and Complaint via electronic mail on behalf of all Defendants. Copies of the Writs of Summons are attached hereto as Exhibit B. Consequently, this Notice of Removal is being timely filed by the Defendants within 30 days of receipt of Plaintiff's initial pleading, as required by 28 U.S.C. §1446(b).

3. The Complaint alleges claims against the Defendants set forth in four separately numbered counts. Count One of the Complaint asserts a claim against both of the Defendants based on the Federal Fair Labor Standards Act, 29 U.S.C.§§ 201 *et seq*. (the "FLSA").

4. This Court has original jurisdiction to entertain this action pursuant to 28 U.S.C. §1331 (federal question) as the Plaintiff's claims against Defendants under the FLSA arise under the laws of the United States. The action, therefore, is properly removable to this Court under 28 U.S.C. §1441(b) as a civil action over which this Court has original jurisdiction. This Court has supplemental jurisdiction of the remaining Maryland statutory and common law claims, as those claims are so related to the claims in the action within this Court's original jurisdiction to form part of the same case of controversy under Article III of the United States Constitution.

5. All Defendants in this action have joined in this Notice of Removal.

6. Concurrently with this filing, Defendants are giving written notice of the filing of this Notice of Removal to the Clerk of the Circuit Court for Baltimore City and to Plaintiff, as required under 28 U.S.C. §1446(d), by filing a Notice of Filing of Notice of Removal with the Circuit Court for Baltimore City and serving a copy of same upon all parties.  Exhibit C is a true and correct copy of the Notice of Filing of the Notice of Removal.

WHEREFORE, Defendants hereby give notice that this action is removed to the Untied States District Court for the District of Maryland, Northern Division, in accordance with the provisions of the United States Code.

Respectfully submitted,

March 17, 2020

/s/
Harriet E. Cooperman, Federal Bar No. 00729
Michael Cianfichi, Federal Bar No. 19899
Saul Ewing Arnstein & Lehr LLP
500 E. Pratt Street, 9th Floor
, Maryland  21202
410-332-8974 (telephone)
410-332-8973 (facsimile)
Harriet.cooperman@saul.com
Michael.cianfichi@saul.com

for Defendants,
Hunt Valley Contractors, Inc., Tom Sparks, and T.J. Spampinato

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of March, 2020, a copy of the foregoing Notice of Removal of Action was mailed first class mail, postage prepaid, to Paul V. Bennett, Esq. and Jeffrey Saldi, Esq., Bennett & Ellison, PC, 2086 Generals Highway, Ste. 201, Annapolis, MD, , attorneys for Plaintiff.

                                                /s/
                                        Harriet E. Cooperman